## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. HAROLD MACARIOLA, on behalf of himself and all other similarly situated shareholders of Dollar Thrifty Automotive Group, Inc., <br><br>    Plaintiff, <br><br>v. <br><br>1. DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., <br>2. THOMAS P. CAPO, <br>3. MARYANN N. KELLER, <br>4. EDWARD C. LUMLEY, <br>5. RICHARD W. NEU, <br>6. JOHN C. POPE, <br>7. SCOTT L. THOMPSON, <br>8. HDTMS, INC., <br>9. HERTZ GLOBAL HOLDINGS, INC., <br><br>    Defendants. | Case No. 10-CV-311-TCK-TLW |

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 for the United States District Court of the Northern District of Oklahoma, Defendant Dollar Thrifty Automotive Group, Inc., by its undersigned attorneys, hereby certifies that it is a publicly held corporation, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

DATED: June 8, 2010								Respectfully submitted,

												By:  s/Gerald L. Hilsher
													Gerald L. Hilsher, OBA #4219
													Christina M. Vaughn, OBA #21390
OF COUNSEL:											McAfee &Taft
 Mitchell A. Lowenthal								500 ONEOK Plaza
 Deborah M. Buell								100 West 5th Street
 Clear Gottlieb Steen & Hamilton LLP						Tulsa, Oklahoma 74103
 One Liberty Plaza								(918) 587-0000
 New York, New York 10006
 (212) 225-2000									John N. Hermes, OBA #4133
													M. Richard Mullins, OBA #13329
													McAfee & Taft
													Tenth Floor
													Two Leadership Square
													211 North Robinson
													Oklahoma City, Oklahoma 73102
													(405) 235-9621

													ATTORNEYS FOR DEFENDANTS,
													DOLLAR THRIFTY AUTOMOTIVE
													GROUP, INC.

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 8, 2010 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    andrew@andrewshartman.com
    jack.moore@andrewshartman.com
    james.kincaid@crowedunlevy.com
    michael.gibbens@crowedunlevy.com

       I hereby certify that on June 8, 2010 I served the attached document by mail, on the following, who are not registered participants of the ECF System:

Carl S. Stine
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

                                                          s/ Gerald Hilsher
                                                          Gerald Hilsher