# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Harold Macariola, et al.
      Plaintiff(s)

vs.                                                             Case Number: 10-CV-311-CVE-PJC

Dollar Thrifty Auto. Group, Inc., et al.
      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Hertz Global Holdings, Inc._____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☑ YES   ☐ NO

2. **Does party have any parent corporations?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☑ YES   ☐ NO

   If YES, identify entity and nature of interest:
   Bank of America Corporation is an indirect beneficial owner of Hertz Global Holdings, Inc. common stock held by BAML Capital Partners, the private equity division of Bank of America Corporation (formerly Merrill Lynch Global Private Equity).

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 10th day of June, 20 10.

| | |
|---|---|
| s/ Michael J. Gibbens | |
| Signature | |
| Michael J. Gibbens | OBA #3339 |
| Printed Name | Bar Number |
| Crowe & Dunlevy, P.C. | |
| Firm Name | |
| 321 S. Boston Avenue, Ste. 500 | |
| Address | |
| Tulsa | OK    74103 |
| City | State   ZIP |
| 918-592-9800 | 918-599-9801 |
| Phone | Fax |
| mike.gibbens@crowedunlevy.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

| | |
|---|---|
| Jack C. Moore<br>Andrew W. Hartman<br>HARTMAN, BLACKSTOCK & MOORE<br>6520 S. Lewis Ave., Suite 15<br>Tulsa, Oklahoma 74137<br>jack_moore@andrewshartman.com<br>andrew@andrewshartman.com | John N. Hermes<br>**McAfee & Taft**<br>Two Leadership Square<br>211 N. Robinson, 10th Floor<br>Oklahoma City, OK 73102<br>john.hermes@mcafeetaft.com |
| Gerald L. Hilsher<br>Christina M. Vaughn<br>**McAfee & Taft**<br>500 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 74103<br>gerald.hilsher@mcafeetaft.com<br>christina.vaughn@mcafeetaft.com | |

I further certify that on this 10th day of June, 2010, I served the same document by e-mail on the following who are not registered participants of the ECF system:

| | |
|---|---|
| Joseph P. Moodhe<br>Courtney M. Dankworth<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022<br>jpmoodhe@debevoise.com<br>cmdankwo@debevoise.com | Chet B. Waldman<br>Carl L. Stine<br>WOLF POPPER, LLP<br>845 Third Avenue<br>New York, New York 11021<br>cwaldman@wolfpopper.com<br>rkomreich@wolfpopper.com<br>cstine@wolfpopper.com |
| Mitchell A. Lowenthal<br>Deborah M. Buell<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>mlowenthal@cgsh.com<br>dbuell@cgsh.com | Shane Rowley<br>Jamie Mogil<br>**FARUQI & FARUQI, LLP**<br>369 Lexington Avenue, 10th Fl.<br>New York, New York 10017<br>srowley@faruqilaw.com<br>jmogil@faruqilaw.com |

James S. Notis
Jennifer Sarnelli
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
jnotis@gardylaw.com
jsarnelli@gardylaw.com

s/ Michael J. Gibbens