# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNIS RICE,<br>individually and on behalf of other similarly<br>situated shareholders of Dollar Thrifty<br>Automotive Group, Inc., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | Case No. 10-CV-0294-CVE-FHM |
| DOLLAR THRIFTY AUTOMOTIVE<br>GROUP, INC., THOMAS P. CAPO,<br>MARY ANN N. KELLER, EDWARD C.<br>LUMLEY, RICHARD W. NEU, JOHN C.<br>POPE, SCOTT L. THOMPSON,<br>HDTMS, INC., HERTZ GLOBAL<br>HOLDINGS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

and

| | | |
|---|---|---|
| HAROLD MACARIOLA,<br>on behalf of himself and all other similarly<br>situated shareholders of Dollar Thrifty<br>Automotive Group, Inc., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | Case No. 10-CV-0311-CVE-FHM |
| DOLLAR THRIFTY AUTOMOTIVE<br>GROUP, INC., THOMAS P. CAPO,<br>MARY ANN N. KELLER, EDWARD C.<br>LUMLEY, RICHARD W. NEU, JOHN C.<br>POPE, SCOTT L. THOMPSON,<br>HDTMS, INC., HERTZ GLOBAL<br>HOLDINGS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**ORDER**

Now before the Court is the purported "Joint Amended Class Action Complaint" (Case No. 10-CV-0294-CVE-FHM Dkt. # 32; Case No. 10-CV-0311-CVE-FHM Dkt. # 25) filed by plaintiffs Dennis Rice and Harold Macariola in their respective cases. Rice filed his complaint (Case No. 10-CV-0294-CVE-FHM Dkt. # 2) on May 7, 2010; Macariola filed his complaint (Case No. 10-CV-0311-CVE-FHM Dkt. # 2) on May 18, 2010. On May 27, 2010, "Plaintiffs Rice and Macariola's Motion to Consolidate all Related Shareholder Class Actions and Appoint a Leadership Structure for Plaintiffs, and Brief in Support" (Case No. 10-CV-0294-CVE-FHM Dkt. # 7) was filed in Rice's case. The motion requested, among other things, an order consolidating Case Nos. 10-CV-0294-CVE-PJC and 10-CV-0311-CVE-PJC.

On June 6, 2010, defendants filed a response stating that they did not oppose consolidation of the two cases, but they did oppose the remainder of the motion. Case No. 10-CV-0294-CVE-FHM Dkt. # 18, at 2. While that motion was pending, however, Rice and Macariola filed the instant Joint Amended Class Action Complaint, suggesting that the two cases had already been consolidated. See Case No. 10-CV-0294-CVE-FHM Dkt. # 32, at 1; Case No. 10-CV-0311-CVE-FHM Dkt. # 25, at 1. For good cause shown, the Court finds that the motion to consolidate cases should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs Rice and Macariola's Motion to Consolidate all Related Shareholder Class Actions and Appoint a Leadership Structure for Plaintiffs, and Brief in Support" (Case No. 10-CV-0294-CVE-FHM Dkt. # 7) is **granted in part**: Case Nos. 10-CV-0294-CVE-FHM and 10-CV-0311-FHM shall be consolidated for discovery and trial. Case

No. 10-CV-0294-CVE-FHM is designated as the Base File. All further pleadings, motions, and other documents shall be filed in the Base File **only**, and shall bear the following caption:

| | | |
|---|---|---|
| **DENNIS RICE and HAROLD MACARIOLA,** individually and on behalf of all others similarly situated, | ) ) ) ) | |
| **Consolidated Plaintiffs,** | ) ) | |
| v. | ) ) | Case No. 10-CV-0294-CVE-FHM <br> **BASE FILE** |
| **DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., THOMAS P. CAPO, MARY ANN N. KELLER, EDWARD C. LUMLEY, RICHARD W. NEU, JOHN C. POPE, SCOTT L. THOMPSON, HDTMS, INC., HERTZ GLOBAL HOLDINGS, INC.,** | ) ) ) ) ) ) ) ) | **Consolidated with** <br> **Case No. 10-CV-0311-CVE-FHM** |
| **Defendants.** | ) | |

**IT IS FURTHER ORDERED** that the remainder of plaintiff's Plaintiffs Rice and Macariola's Motion to Consolidate all Related Shareholder Class Actions and Appoint a Leadership Structure for Plaintiffs, and Brief in Support" (Case No. 10-CV-0294-CVE-FHM Dkt. # 7), including the request to appoint a leadership structure, **remains under advisement**.

**DATED** this 17th day of June, 2010.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT